IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F. HOFFMANN - LA ROCHE LTD, ET AL | * |
| | * |
| Plaintiff | * |
| | Case Number: 09 CV 7326 |
| vs. | * |
| | * |
| QIAGEN GAITHERSBURG INC | * |
| | |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That I served upon **Nancy Grueninger, Team Leader, authorized to accept on behalf of CSC-Lawyers Incorporating Service Co., R/A For QIAGEN GAITHERSBURG INC** (Description: Sex: **F**, Race: **W**, Height: **Seated**, Weight: **130**lbs., Approximate Age: **50**) on **8/26/2009**, at **01:44 PM**, at 7 St Paul Street Suite 1660, Baltimore, MD 21202, by leaving with the person a copy of the following:

   Notice of Petition to Confirm A Final Arbitration Award, Petitioner's Ex Parte
   Application For Sealing Order, Declaration of Marc R. Suskin In Support of
   Proposed Sealing Order, Proposed Sealing Order, Rule 7.1 Statement

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Michael Stanik
**Monumental Process Servers, Inc.**
823 Martin Luther King Jr. Blvd.
Baltimore, MD 21201
410-523-4980

Subscribed and sworn to before me, a Notary Public for the State of Maryland, this 28th day of August, 2009.

Betty A. Brown
My Commission Expires: 12/19/2011